UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| LINDA MORGAN,<br><br>Plaintiff,<br><br>v.<br><br>MERCANTILE ADJUSTMENT BUREAU, INC.,<br><br>Defendant. | Case No. 2:18-cv-00370-JVB-JEM<br><br>Honorable Judge Joseph S. Van Bokkelen |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE LINDA MORGAN, ("Plaintiff") hereby notifies the Court that the Plaintiff and Defendant have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice with 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 12th day of December 2018.

<u>s/ Nathan C. Volheim</u>
Nathan C. Volheim, #6302103
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181
nvolheim@sulaimanlaw.com
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*s/ Nathan C. Volheim*
Nathan C. Volheim