UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| LINDA MORGAN,<br><br> Plaintiff,<br>v.<br><br>MERCANTILE ADJUSTMENT BUREAU, LLC,<br><br> Defendant. | Case No. 2:18-cv-00370-JVB-JEM<br><br>Honorable Judge Joseph Van Bokkelen |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, LINDA MORGAN, and the Defendant, MERCANTILE ADJUSTMENT BUREAU, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, against MERCANTILE ADJUSTMENT BUREAU, LLC, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: January 28, 2019            Respectfully Submitted,

**LINDA MORGAN**             **MERCANTILE ADJUSTMENT BUREAU, LLC**

/s/ Nathan C. Volheim           /s/ Morgan I. Marcus (*with consent*)
Nathan C. Volheim             Morgan I. Marcus
*Counsel for Plaintiff*            *Counsel for Defendant*
Sulaiman Law Group, LTD          Sessions Fishman Nathan & Israel, LLC
2500 S. Highland Avenue, Suite 200       141 W. Jackson Blvd., Suite 3350
Lombard, Illinois 60148           Chicago, IL 60604
Phone: (630) 575-8181            Phone: (312) 578-0990
Fax :(630) 575-8188             mmarcus@sessions.legal
nvolheim@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim_____
Nathan C. Volheim